## SMALLWOOD v. STATE.
No. 16974.

Court of Criminal Appeals of Texas.
June 6, 1934.

Rehearing Denied June 29, 1934.

M. E. Kramer, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for aggravated assault; punishment being assessed at a fine of $25 and imprisonment in the county jail for 90 days.

The complaint and information properly charge the offense. No statement of facts or bills of exception are found in the record. In such condition nothing is presented for review.

The judgment is affirmed.

## MORGAN v. STATE.
No. 16850.

Court of Criminal Appeals of Texas.
June 13, 1934.

Roy M. Finley and Sam D. Wolfe, both of Sherman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary; punishment assessed at two years in the penitentiary.

We observe no vice in the indictment. The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.